# EXHIBIT A

 **CVSHealth**

**Peter J. Perry**
Lease Administration Manager, CVS Health

One CVS Drive – Mail Code
Woonsocket, RI 02895

**p** 401-777-7270
**f** 401-216-0633

peter.perry@cvshealth.com

# LEASE RENEWAL

June 30, 2020

RA3 Orangevale, LLC
101 East 52nd Street
New York, NY 10022-0000

**RE:    Lease Agreement dated December 7, 1998, as amended, by and between RA3 Orangevale, LLC, as "Landlord", and LONGS DRUG STORES CALIFORNIA, L.L.C, as "Tenant", for the Premises located at 8861 Greenback Lane, Orangevale, California ("Lease") (CVS# 09487L02)**

Dear Landlord:

In accordance with the provisions of the Lease, as amended or supplemented, the undersigned hereby gives notice of its election to exercise the renewal option of said Lease for an additional period of 5 year(s) to commence on January 02, 2021 and expire on January 01, 2026, upon the same terms, covenants and conditions contained in said Lease, as amended.

If you have any questions please contact Michele Roy at Michele.Roy@CVSHealth.com or can be reached at 401-770-3052.

This document may be executed in several counterparts, each of which will be deemed an original, and all of such counterparts together will constitute one and the same instrument. Each signature on this document may be executed via an inked or "wet" signature or via an electronic signature such as facsimile, electronic mail, cloud-based server, e-signature technology or other electronic means ("Electronic Means"), and the executed signature, witness (if any) and acknowledgment (if any) may be delivered by Electronic Means and such electronic signatures will be deemed originals and have the same validity, legal effect as an original inked or "wet" signature.

DEBTOR00453



Very truly yours,

LONGS DRUG STORES CALIFORNIA, L.L.C

By: _Peter J Perry_____
    Peter J Perry [Jun 1, 2020 12:33 CDT]

    Peter J. Perry

    Lease Administration Manager

While your acknowledgement of receipt of this letter is not required for its validity, we do request that, as a courtesy to us, you acknowledge receipt of the same by signing below, retaining one copy, and returning one copy to the attention of Michele Roy at the above address. This will ensure that we continue to maintain accurate records.

*Receipt Acknowledged By:* _____  *Date:* _____

cc:   Jim Kurimcak, Marie Ford, Richard Ford, Michele Roy and S/L# 09487L02

Sent via Certified Mail #

DEBTOR00454

# EXHIBIT B

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:
Daniel P. Daniluk, Esq.
Daniel Daniluk, LLC
1129 Niles-Cortland Road, SE
Warren. Ohio  44484

SPACE ABOVE THIS LINE
FOR RECORDER'S USE

## THE REAL PROPERTY HOLDER'S ESTOPPEL
## AGREEMENT FOR STORE NO. 6056

**THIS REAL PROPERTY HOLDER'S ESTOPPEL AGREEMENT** ("Agreement")
is made and delivered as of this _6th_ day of July, 1999, by Jerry L. Roberts, successor trustee of
the Vernon A. Cable Trust (the "Real Property Holder"), to and for the benefit of RA3 Orangevale
L.L.C., a Delaware limited liability company (the "RA3") and Joanne Fox & Cheryl Stone VII, LLC,
a Delaware limited liability company ("Assignee").

### RECITALS

A.     Thrifty Payless, Inc., a California corporation, as assignee of Pay Less Drug Stores
Northwest, Inc. (the "Tenant"), has possession of and occupies all or a portion of the real property,
buildings, and improvements more particularly described in the Lease (as hereinafter defined) (the
"Premises").

B.     The Tenant's interest in the Premises arises under the Lease Agreement ("Lease"),
more particularly described on Exhibit A attached hereto and incorporated herein.

C.     Tenant assigned its interest in and to the Premises and the Lease to RA3, and RA3
intends to assign all its right, title and interest in and to the Premises and the Lease to Assignee
which assignment shall recite that it is and shall be subject and subordinate to the provisions of the
Lease, and the termination or cancellation of the Lease shall constitute a termination and cancellation
of such assignment.

D.     Pursuant to provisions of the Lease, RA3 has requested Landlord to furnish an
estoppel certificate to RA3 and Assignee.

**NOW, THEREFORE**, for and in consideration of the premises and other good and valuable
consideration, the receipt and sufficiency of which are hereby acknowledged, the Real Property
Holder hereby represents and warrants to, and covenants and agrees with, each of RA3 and Assignee
(and with no one else), as follows:

1.    Exhibit A contains a true and complete description of the Lease, together with all amendments thereto as of the date hereof, which constitutes the entire and only lease agreement between the Real Property Holder and the Tenant and/or RA3 covering the Premises and any other property adjacent to the Premises or in the same commercial development with the Premises. The Real Property Holder is the current owner of the Lessor's interest in the Lease. The Lease is in full force and effect. The Real Property Holder has not assigned, transferred, encumbered or hypothecated its interest in the Lease, or leased, encumbered, hypothecated or conveyed its interest in the Premises, except pursuant to mortgage(s) or deed(s) of trust recorded in the official records of the County of Sacramento, state of California.

2.    The term of the Lease has commenced and will expire on July 30, ~~2062.~~ *2052* ℒ

3.    No notice of default has been given under or in connection with the Lease which has not been cured. To the knowledge of the Real Property Holder, no default by either of the Real Property Holder or the Tenant or RA3 has occurred, and is continuing uncured, under the Lease as of the date hereof, nor does any event or condition exist which, with the giving of notice or the passage of time, or both, would constitute a default by either of the Real Property Holder or the Tenant or RA3 under the Lease. To the knowledge of the Real Property Holder, the Tenant, RA3 and the Real Property Holder have performed all of their respective obligations under the Lease as of the date hereof and there are no setoffs, defenses, or counterclaims against enforcement of the obligations to be performed by the Real Property Holder under the Lease.

IN WITNESS WHEREOF, the undersigned have caused this Agreement to be duly executed and delivered as of the day and year first set forth above.

THE REAL PROPERTY HOLDER:

**JERRY L. ROBERTS,** successor trustee of the Vernon A. Cable Trust

BY _____

Name _____

Title _____

## EXHIBIT A

### DESCRIPTION OF THE LEASE

Ground Lease Agreement dated May 23, 1986 between Pay Less Drug Stores Northwest, Inc., a Maryland corporation, as the Tenant, and Vernon A. Cable as Landlord as amended by a First Amendment to Ground Lease dated December 22, 1986; Assignment and Assumption of Ground Lease dated December 7, 1998 between Thrifty Payless, Inc., a California corporation as successor by merger to Pay Less Drug Stores Northwest, Inc. and RA 3 Orangevale L.L.C.; and The Real Property Holder's Estoppel Agreement for Store No. 6056.

State of California )
                                ) ss.
County of Sacramento )

   On ___July 16, 1999___, before me, Deborah L. Struble, Notary Public,
personally appeared ___Jerry L. Roberts___ personally known to me (or
proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

   WITNESS my hand and official seal.


Deborah L. Struble
Comm. #1133644
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. April 25, 2001

_Deborah L. Struble_
Deborah L. Struble

# EXHIBIT C



**MILLER STARR REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial. 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:   **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-18 LLC, as "Landlord", and HOOK-SUPERX, L.L.C., as "Tenant", for the Premises located at 10 North State Street, North Vernon, Indiana ("Lease") (CVS# 06808L02)**

All:

This firm represents HOOK-SUPERX, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UFS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:     cwelin@frandzel.com
                maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:     mjensen@porterscott.com
                pbadum@porterscott.com
                dganzon@porterscott.com
                cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: phillip.kassover@gmail.com

Anthony Altamura
NuPenr Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR REGALIA**

1331 N. California Blvd    T 925 935 9400
Suite 600    F 925 933 4126
Walnut Creek, CA 94596    www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:    **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-51 LLC, as "Landlord", and OHIO CVS STORES, L.L.C., as "Tenant", for the Premises located at 17 William H. Taft Road, Cincinnati, Ohio ("Lease") (CVS# 02715L01)**

All:

This firm represents OHIO CVS STORES, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

CVPH-57824\2877699.1

December 5, 2023
Page 2

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:      cwelin@frandzel.com
               maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter. FL 33458

Martin V. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:      mjensen@porterscott.com
               pbadum@porterscott.com
               dganzon@porterscott.com
               cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com


**MILLER STARR REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re: **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-72 LLC, as "Landlord", and SOUTH CAROLINA CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 333 Highway 9 Bypass East, Lancaster, South Carolina ("Lease") (CVS# 07005L02)**

All:

This firm represents SOUTH CAROLINA CVS PHARMACY, L.L.C ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

December 5, 2023
Page 2


Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:    cwelin@frandzel.com
          maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:    mjensen@porterscott.com
          pbadum@porterscott.com
          dganzon@porterscott.com
          cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoliacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR REGALIA**

1331 N. California Blvd.    T 925 935 9400
Suite 600                  F 925 933 4126
Walnut Creek, CA 94596     www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:    **Lease Agreement dated January 07, 2002, as amended, by and between SCP 2001A-CSF-75 LLC, as "Landlord", and SOUTH CAROLINA CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 555 Robertson Boulevard, Walterboro, South Carolina ("Lease") (CVS# 03585L02)**

All:

This firm represents SOUTH CAROLINA CVS PHARMACY, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:      cwelin@frandzel.com
            maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
360 University Avenue, Suite 200
Sacramento, CA 95825
Email:      mjensen@porterscott.com
            pbadum@porterscott.com
            dganzon@porterscott.com
            cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meacowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR
REGALIA**

1331 N. California Blvd.    T 925 935 9400
Suite 600    F 925 933 4128
Walnut Creek, CA 94596    www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:    **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-76 LLC, as "Landlord", and TENNESSEE CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 128 West Stone Drive, Kingsport, Tennessee ("Lease") (CVS# 04130L02)**

All:

This firm represents TENNESSEE CVS PHARMACY, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UFS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:     cwelin@frandzel.com
               maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:     mjensen@porterscott.com
               pbadum@porterscott.com
               dganzon@porterscott.com
               cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email:  philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com