# CERTIFICATE OF SERVICE

I, Kevin S. Mann, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made May 3, 2024 by:

**[X]** Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Jay Kerner<br>5743 Corsa Avenue, Suite 215<br>Westlake Village, CA 91362 | Cable Park Property Owner, LLC<br>c/o Paracorp Incorporated, Registered Agent<br>2140 S. DuPont Highway<br>Camden, DE 19934 |
| Longs Drugstores California<br>1 CVS Drive<br>Woonsocket, RI 02895 | CVS Caremark Corp.<br>1 CVS Drive<br>Woonsocket, RI 02895 |

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

5/3/2024                                                  /s/ Kevin S. Mann
Date                                                       Signature

> Christopher P. Simon (No. 3697)
> Kevin S. Mann (No. 4576)
> Cross & Simon, LLC
> 1105 N. Market Street, Suite 901
> Wilmington, Delaware 19801
> Telephone: (302) 777-4200
> csimon@crosslaw.com
> kmann@crosslaw.com