# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AP ORANGEVALE, LLC, | ) |
| | ) Case No. 23-10687 (CTG) |
| Debtor. | ) |
| | ) |
| AP ORANGEVALE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Proc. No. 24-50052 (CTG) |
| v. | ) |
| | ) |
| JAY KERNER, CABLE PARK | ) |
| PROPERTY OWNER, LLC, LONGS | ) |
| DRUGSTORES CALIFORNIA, | ) |
| and CVS CAREMARK CORP., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 20, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE <u>THIRD FLOOR, COURTROOM 7 [HEARING CANCELLED]</u>**

**<u>THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT</u>**

**<u>ADJOURNED MATTERS</u>**

1. Pretrial Conference [AP Orangevale, LLC v. Jay Kerner, Cable Park Property Owner, LLC, Longs Drugstores California, and CVS Caremark Corp./Adv. Proc. No. 24-50052 (CTG)].

    <u>Related Pleadings</u>:

    A. Complaint [Adv. D.I. 1, Filed 5/3/2024];

    B. Summons and Notice of Pretrial Conference [Adv. D.I. 3, Filed 5/3/2024];

    C. Certification of Counsel Regarding Order Approving Third Stipulation to Extend Debtor's Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases and to Extend Cable Park

Property Owner's Deadline to Respond to Adversary Complaint [D.I. 268/Adv. D.I. 4, Filed 5/17/2024];

D. Order Approving Third Stipulation to Extend Debtor's Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases and to Extend Cable Park Property Owner's Deadline to Respond Adversary Complaint [D.I. 269/Adv. D.I. 5, Entered 5/20/2024]; and

E. Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. D.I. 6, Filed 5/31/2024].

Status: The pretrial conference has been adjourned to July 31, 2024 at 10:00 a.m.

Dated: June 14, 2024
CROSS & SIMON, LLC

 */s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel for the Debtor*